# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| GARY E. MANNS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 1:11-cv-1550-TWP-MJD |
| DR. JACQUE LECLERC, M.D., KIM GRAY, LISA WOLFE, ASHLEY WAGGLER, AMY WRIGHT, AND DR. MITCHEFF, | ) |
| Defendants. | ) |

## Entry Directing Entry of Final Judgment

All claims have been resolved against all parties.

Defendants Dr. Jacque LeClerc, M.D., Mitcheff, and Amy Wright were granted summary judgment in their favor on September 20, 2013.

Defendants Kim Gray, Lisa Wolfe, Ashley Waggler were dismissed with prejudice as a result of the stipulation of dismissal entered on October 2, 2014.

Defendants Kim Hopson, Lisa Lamson, Richard Brown, Ron Wells and John Does were dismissed on January 3, 2012, for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b).

Final Judgment consistent with the foregoing shall now issue.

**IT IS SO ORDERED.**

Date: 10/3/2014

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel