UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GARY E. MANNS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:11-cv-1550-TWP-MJD |
| | ) |
| DR. JACQUE LECLERC, M.D., | ) |
| KIM GRAY, LISA WOLFE, | ) |
| ASHLEY WAGGLER, AMY | ) |
| WRIGHT, AND DR. MITCHEFF, | ) |
| | ) |
| Defendants. | ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

For the reasons detailed in the Court's Order of today and September 20, 2013, the Court now enters FINAL JUDGMENT in this action. Judgment is entered in favor of Defendants Dr. Jacque LeClerc, M.D., Mitcheff, and Amy Wright and against the Plaintiff Gary E. Manns.

Dated: 10/3/2014

Laura A. Briggs, Clerk of Court

By: _____
Deputy Clerk

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel